# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0313

_____

KESNER VALENTINO JOASEUS, JR.,

      Petitioner,

      v.

STATE OF FLORIDA,

      Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceeding.


December 4, 2024


PER CURIAM.

      DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kesner Valentino Joaseus, Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.